```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO
```

IN Re:

JOSE FRANCISCO HERNANDEZ VALENTIN

CASE NO. 09-06990-ESL

XXX-XX-1508

CHAPTER 13

DEBTOR (S)


TRUSTEE'S MOTION TO MODIFY CONFIRMED PLAN
PURSUANT TO 11 U.S.C. § 1329

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

1. Confirmed Chapter 13 Plan dated **September 24, 2009,** (Dkt No.**10**), provides for the distribution to all creditors provided for in the same, within its term, the amount of **$38,249.00.**

2. For the post-petition tax year **2009** the debtor(s) in this case received an income tax refund in the amount of **$134.00,** of which the amount of **$134.00** have being delivered to the Trustee pursuant to 11 U.S.C. § 1306(a)(2).

3. Income tax refunds are disposable income, during the term of the plan. Unlike in chapter 7, any income tax refund due to the Debtors on account of income earned post-petition is property of the estate. 11 U.S.C. § 1306(a)(2). *In re Rodger*, 2010 BNH 5 (Bankr. D.N.H. 2010)

4. Pursuant to 11 U.S.C. § 1329(a)(1) the Trustee is authorized to request the modification of a confirmed plan to increase or reduce the amount of payments on claims of a particular class provided for by the plan.

5. This modification is proposed in good faith and complies with the requirements for confirmation of 11 U.S.C. § 1329(a) and all provision applicable pursuant to subsection (b) of said section. [See: ***Barbosa v. Soloman***, 235 F.3d 31, 38 (1st Cir. Mass. 2000)]

6. In view of the above the Trustee hereby request that the confirmed plan be modified to increase payments to **general unsecured creditors** provided for in the same, in an amount equal to the income tax refund received by the Trustee and described in this motion paragraph No. 2, to a new Plan Base equal to **$38,249.00.**

**WHEREFORE** the Trustee respectfully prays that for the reasons herein described, this motion be granted and the confirmed Chapter 13 Plan dated **September 24, 2009, DKT #10,** be modified to increase payments to general unsecured creditors provided for in the same, in an amount equal to the income tax refund received by the Trustee and described in this motion paragraph No. 2, to a new Plan Base equal to **$38,249.00.**

**21 DAYS NOTICE:** Pursuant to LBR 3015-2(f)(2)(A) and (C) and Rule 2002(a)(5) of the Federal Rules of Bankruptcy Procedures, the debtor(s), all creditors and parties in interest are hereby notified that if a timely objection to this proposed modification is filed the court will schedule a hearing, otherwise if no timely written opposition is filed, then the plan as modified by this motion will become the plan pursuant to 11 U.S.C. § 1329(b)(2).

CERTIFICATE OF SERVICE: Pursuant to LBR 3015-2 (f)(1)(B) this request for the modification of the confirmed plan is distributed and served to all creditors and parties in interest as they appear in the attached master address list, by first class mail, unless registered with the Court as a filing user of the CM/ECF system as per LBR 5005-4 (b).

In San Juan, Puerto Rico this, Friday, April 8, 2011 .

/s/ Jose R. Carrion
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>HATO REY, PR 00919-5596 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | JOSE FRANCISCO HERNANDEZ VALENTIN<br>RES MONTE HATILLO<br>EDIF 22 APT 286<br>RIO PIEDRAS, PR 00924 |
| ASOCIACION EMPLEADOS DEL ELA<br>ATT. C MORALES SEC RECAUDACION<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | CENTENIAL DE PUERTO RICO<br>PO BOX 71514<br>SAN JUAN, PR 00936 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>HATO REY, PR 00919-5596 | DEPARTAMENTO DEL TRABAJO<br>AVE. MUNOZ RIVERA 505<br>HATO REY, PR 00918 |
| FIRST BANK PUERT RICO<br>PRESTAMOS DE AUTO<br>PO BOX 9146<br>SANTURCE, PR 00908-0146 | COOP A/C DE LA CASA DEL TRABAJADOR<br>PO BOX 21346<br>SAN JUAN, PR 00928 |
| COOP DEPT DEL TRABAJO<br>PO BOX 195540<br>SAN JUAN, PR 00919-5540 | JOSE FRANCISCO HERNANDEZ VALENTIN<br>RES MONTE HATILLO<br>EDIF 22 APT 286<br>RIO PIEDRAS, PR 00924 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN, PR 00902 | ,   00000 |
| FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | COOP A/C SABANANENA<br>22 QUILINCHINI<br>SABANA GRANDE, PR 00637 |
| INTERNAL REVENUE SERVICE<br>PO BOX 21125<br>PHILADELPHIA, PA 19114 | SISTEMA DE RETIRO EMPLEADOS MUNICIPALES<br>437 AVE. PONCE DE LEON<br>SAN JUAN, PR 00918 |
| AEELA<br>P.O. BOX 364508<br>SAN JUAN, PR 00936-4508 | ELSA VALENTIN GONZALEZ<br>CALLE 4 F-8, URB. COLINAS VERDES<br>SAN JUAN, PR 00924 |